1  KAMALA D. HARRIS
   Attorney General of California
2  JOHN P. DEVINE
   Supervising Deputy Attorney General
3  HARRY T. (CHIP) GOWER, III
   Deputy Attorney General
4  State Bar No. 170784
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-1336
6   Facsimile:  (415) 703-5480
   *Attorneys for Defendants California Highway Patrol,*
7  *Officer C. Dabbs, Officer K. Reynolds, Officer T. Babcock*
   *And Captain J. Epperson*
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| **STEPHEN ERNEST EBERHARD**, Plaintiff, v. **CALIFORNIA HIGHWAY PATROL, et al.**, Defendants. | Case No. **DEFENDANTS CALIFORNIA HIGHWAY PATROL, OFFICER C. DABBS, OFFICER K. REYNOLDS, OFFICER T. BABCOCK AND CAPTAIN J. EPPERSON'S NOTICE OF REMOVAL; DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE; DEMAND FOR JURY TRIAL** Action Filed:   March 27, 2014 |
|---|---|

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**NOTICE OF REMOVAL**

   PLEASE TAKE NOTICE that Defendants California Highway Patrol, Officer C. Dabbs, Officer K. Reynolds, Officer T. Babcock and Captain J. Epperson ("Defendants"), hereby jointly remove to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 the state court action described below.

I.  **DEFENDANTS' REMOVAL IS TIMELY**

   1.   On March 27, 2014, plaintiff Stephen Ernest Eberhard commenced an action in the Superior Court of the State of California, County of Mendocino, captioned as Stephen Ernest

1

Eberhard, Plaintiff v. California Highway Patrol *et al.*, Defendants, case number SC UK CVPO 1463802. A true and correct copy of the complaint in this action is attached as Exhibit A.

2. Defendants learned of this suit when the California Attorney General's Office received a copy of the summons and complaint on April 1, 2014. A true and correct copy of the summons and the Attorney General's Office's "Civil Service of Process Cover Sheet" is attached hereto as Exhibit B.

3. Defendants answered the complaint in the Mendocino County Superior Court on April 23, 2014. A true and correct copy of Defendants' Answer in this action is attached as Exhibit C.

4. Defendants all join in this Notice of Removal, through their undersigned counsel at the Office of the Attorney General, California Department of Justice.

5. Plaintiff also named as defendants the California Department of Transportation ("CalTrans") and CalTrans District 1 Director Charlie Fielder. These two defendants may not yet been served, and have not appeared in this action. The CalTrans Legal Department has informed the undersigned counsel that if CalTrans and Mr. Fielder are brought into this case, they will join removal to this Court.

6. Defendants are not aware that any of the "Doe" defendants have been named, and Defendants have not been served with any amendments to the complaint to add additional named defendants to the state court action.

II. **JURISDICTION IS PROPER**

7. Plaintiff was arrested by California Highway Patrol officers on July 23, 2013, and this lawsuit arises mainly from that arrest.

8. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 because this is a case arising under the laws and Constitution of the United States.

9. Five of Plaintiff's 12 causes of action arise under 42 U.S.C. § 1983 and the First and Fourth Amendments of the United States Constitution. In addition, Plaintiff alleges a cause of action under 42 U.S.C. section 2000aa (Privacy Protection Act of 1980). Specifically, Plaintiff alleges the following federal law causes of action:

a. <u>First Cause of Action</u>: Section 1983 claim against Defendants Dabbs and Reynolds for violating Plaintiff's First and Fourteenth Amendment Rights by arresting him. (Ex. A, ¶¶ 46-53.)

b. <u>Second Cause of Action</u>: Section 1983 claim against Defendant Babcock for conduct intended to chill Plaintiff's exercise of his First Amendment rights. (Ex. A, ¶¶ 54-61.)

c. <u>Third Cause of Action</u>: Section 1983 claim against Defendants Dabbs and Reynolds for violating Plaintiff's First and Fourteenth Amendment Rights by arresting him. (Ex. A, ¶¶ 62-76.)

d. <u>Fourth Cause of Action</u>: Section 1983 claim against Defendant Epperson for violating Plaintiff's First, Fourth and Fourteenth Amendment rights by his failure to properly supervise other Defendants. (Ex. A, ¶¶ 68-75.)

e. <u>Fifth Cause of Action</u>: Section 1983 claim against Defendant Lott (and defendant Fielder) for violating Plaintiff's First and Fourteenth Amendment Rights by publishing defamatory material about his arrest. (Ex. A, ¶¶ 76-83.)

f. <u>Sixth Cause of Action</u>: A claim brought under 42 U.S.C. section 2000aa (Privacy Protection Act of 1980) against Defendants Dabbs, Reynolds and Epperson for their seizure of Plaintiff's property during his arrest. (Ex. A, ¶¶ 84-90.)

10. The remaining claims may be heard under a grant of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

**III.   INTRADISTRICT ASSIGNMENT**

Pursuant to Local Rule 3-2(c) & (d), Defendants request assignment to the San Francisco Division of this Court because this case arises from actions in Mendocino County, California. Defendants also request assignment to the San Francisco division because their assigned counsel and Plaintiff's counsel are located in San Francisco.

///

///

3

**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE**

PLEASE TAKE NOTICE that Defendants decline to proceed before a Magistrate Judge and request assignment to a District Judge.

**DEMAND FOR JURY TRIAL**

Defendants demand a jury trial in this action.

Dated: April 24, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General

/S/ HARRY T. GOWER, III
HARRY T. GOWER, III
Deputy Attorney General
*Attorneys for Defendants California Highway Patrol, Officer C. Dabbs, Officer K. Reynolds, Officer T. Babcock and Captain J. Epperson*

SF2014407903
40943584.doc