UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN E. EBERHARD,<br><br>        Plaintiff.<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>        Defendants. | Case No.  3:14-cv-01910-JD<br><br>**PRETRIAL ORDER** |

        The Court's summary judgment order filed today identifies the claims that will be tried to a jury in this case.  This order adjusts the trial and pretrial dates.

        **Jury Trial:**  Trial is set for January 25, 2016 at 9:00 a.m. in Courtroom 11 of the San Francisco courthouse.  The pending requests to push off the trial to April 2016 or later are denied.

        **Final Pre-Trial Conference:**  The final pre-trial conference is set for December 30, 2015 at 9:30 a.m.  The parties are directed to file by December 9, 2015 revised pre-trial filings for motions in limine, proposed jury instructions, proposed voir dire, and all other required filings that reflect the claims and issues preserved for trial in the summary judgment order.

        Pending discussion at the pre-trial conference, the Court envisions 8-10 hours of trial time per side, which will include all direct and cross-examinations and time for objections during trial.  Each side will also have up to 30 minutes for opening statements and 45 minutes for closing argument.

        **IT IS SO ORDERED**.

Dated:  November 9, 2015

                                                                           _____<br>
                                                                          JAMES DONATO<br>
                                                                          United States District Judge