KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
HARRY T. (CHIP) GOWER, III (SBN 170784)
MICAH C.E. OSGOOD (SBN 255239)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1336
  Fax:  (415) 703-5480
  Email:  mike.osgood@doj.ca.gov
*Attorneys for Defendants California Highway Patrol, Officer Dabbs, Officer Reynolds and Officer Babcock*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STEPHEN ERNEST EBERHARD,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL ET AL.,**<br><br>Defendants. | CV 14-01910 JD<br><br>**DEFENDANTS' REQUEST FOR APPROVAL TO BRING EQUIPMENT INTO COURTROOM**; ORDER<br><br>Trial Date:     February 22, 2016<br>Action Filed:  March 27, 2014 |

Defendants request that the Court issue an order allowing them to bring the following electronic equipment into Courtroom 11, 19th Floor on Friday, February 19, 2016, for the trial set to begin February 22, 2016:

- 2 ea laptops;
- 1 ea 17" LCD monitor
- 1 ea 2 way VGA distribution amplifier;
- 1 ea 2 way VGA switch;
- 1 ea anchor speaker;
- VGA and power cabling;
- 1 ea Tech table

The contact individual for this equipment will be Michael Lyon, with On The Record, Inc.

Dated: February 12, 2016           Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General

/s/ *Harry T. Gower, III*

HARRY T. GOWER, III
MICAH C. E. OSGOOD
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

IT IS HEREBY ORDERED that Defendants' counsel, through their representative Michael Lyon, shall be permitted to bring the following equipment and evidence into Courtroom 11, 19th floor on Friday, February 19, 2016, for a trial beginning February 22, 2016:

- 2 ea laptops;
- 1 ea 17" LCD monitor
- 1 ea 2 way VGA distribution amplifier;
- 1 ea 2 way VGA switch;
- 1 ea anchor speaker;
- VGA and power cabling;
- 1 ea Tech table

IT IS SO ORDERED.

Dated: February 12, 2016

GRANTED
Judge James Donato