UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN E. EBERHARD,

         Plaintiff,

   v.

CALIFORNIA HIGHWAY PATROL, et al.,

         Defendants.

Case No.  14-cv-01910-JD

**PROPOSED STATEMENT OF THE CASE**

Re: Dkt. No. 255

The Court proposes to read this statement of the case to the venire at the start of voir dire on February 22, 2015.  It is based on the parties' draft and specifies the First Amendment claim for clarity, among other changes.  The parties' version was unnecessarily vague on that.

The plaintiff is Stephen Eberhard.  He is a volunteer photographer with a local newspaper in Willits, California.

The defendants are the California Highway Patrol and Officers Teddy Babcock, Kory Reynolds and Christopher Dabbs.

In 2013, the California Highway Patrol provided security for a state highway construction project called the Willits Bypass Project.  The project involves the rerouting of Highway 101 around the City of Willits.

Plaintiff alleges that on May 21, 2013, while within the project footprint, Officer Babcock violated Plaintiff's state and federal civil rights, specifically his First Amendment rights.

Plaintiff also alleges that on July 23, 2013, while within the project footprint, Officer Reynolds and Dabbs violated Plaintiff's state and federal civil rights, specifically his First Amendment rights.

United States District Court
Northern District of California

1    Defendants all deny that they violated Plaintiff's civil rights.

2    **IT IS SO ORDERED.**

3    Dated: February 16, 2016

4

5    _____

6    JAMES DONATO
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2